# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

MARKUS KING-KNIGHT,

                Plaintiff,                               23 **CIVIL** 4648 (PKC)

     -against-                                    **JUDGMENT**

 THE CITY OF NEW YORK, et al.,

               Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, defendants' motion to dismiss the Amended Complaint is GRANTED. Judgment is entered for defendants.

**Dated:** New York, New York

     March 31, 2025

                                                      **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                     **BY:**   *K. Mango*

                                                      **Deputy Clerk**